HERBERT CONNELLAN, JR., an Infant, by HERBERT CONNELLAN, His Guardian ad Litem, Respondent, *v.* AMERICAN CAN COMPANY et al., Appellants.

(Argued January 26, 1933; decided March 1, 1933.)

*Theodore H. Lord* and *James B. Henney* for appellants.
*David Schenker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.